**No. 63066.**—Rohner, Gehrig & Co., Inc. *v.* United States, protest 58/13373 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63067.**—Frazer & Company, Inc. *v.* United States, protest 58/13533 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63068.**—Montauk Mills, Inc. *v.* United States, protest 58/14363 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63069.**—A. R. Roubin *v.* United States, protest 58/14388 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63070.**—T. M. Duche & Sons, Inc. v. United States, protest 58/14392 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63071.**—J. M. Sutton Sons & Co. *v.* United States, protests 58/6471 and 58/7205 (New York).

Opinion by JOHNSON, J. Since the protests were filed more than 60 days after liquidation, they were dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 63072.**—Air Express International Corp. *v.* United States, protest 58/14958 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.